UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D.P., by and through his *Guardian Ad Litem* GABRIELA P., | Case No. 2:23-cv-02413-SSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the matter is remanded for further administrative action consistent with the Memorandum and Order filed concurrently herewith.

DATED: July 18, 2024

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE